PLUMMER V REEVES

NO. 07-03-0319-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

APRIL 14, 2005

______________________________

ROBERT W. PAIGE, M.D.,

Appellant

v.

SPROUSE, SMITH & ROWLEY, P.C. F/K/A

SPROUSE, MOZOLA, SMITH & ROWLEY, P.C.

AND JOHN MOZOLA,

Appellees

_________________________________

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 88,858-E; HON. ABE LOPEZ, PRESIDING

_______________________________

ON MOTION TO DISMISS

_______________________________

Before QUINN and REAVIS, JJ., and BOYD, S.J.
(footnote: 1)
 Kent Ries, trustee for the bankruptcy estate of appellant Robert W. Paige, M.D., and Sprouse, Smith & Rowley, P.C., f/k/a Sprouse, Mozola, Smith & Rowley, P.C., and John Mozola, appellees, by and through their attorneys, have filed a motion to dismiss this appeal with prejudice because the parties have fully compromised and settled all issues in dispute and neither desire to pursue the appeal.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at the parties’ request, no motion for rehearing will be entertained, and our mandate will issue forthwith.  

Brian Quinn

   Justice

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2004-2005).